UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00249 |
| ) | JUDGE SHARP |
| ) | |
| KEVIN DEWITT BRAME, JR., ) | |

**O R D E R**

Pending before the Court is a Motion to Allow Defendant Access to Apple Ipod or Similar MP3 Device for Discovery Review (Docket No. 123).

The motion is GRANTED. The Robertson County facility shall provide Defendant access to an Ipod or other similar device. If necessary, said device shall be supplied by counsel for the Defendant.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE