TUVൟ J ÞÃÕ Ü ŒÞ VÒÖ L
Œᴙ^|^] @}^´Á&[}ᴧ¦^}&^
ãᴧ^oÁ|¦Á⊘ãầᴈÊÃᴙᴈ}˘ᴈ^
HÃⓒFI Êᴈ ⓔÅ€K€Áᴈ È
Ô[˘}•^|Á @ᴈ||&ᴈ||Á
Î FÍ Ë JÍ ËᴈÌ Í GÁᵢ Ása^
&[}}^&^åÁᵢ Ás@^Á&ᴈ||Ě

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | NO. 3:11-cr-00249-1 |
| **v.** | ) | Judge Sharp |
| | ) | |
| **KEVIN DEWITT BRAME, JR.** | ) | |

*Kevin H. Sharp*

## MOTION FOR STATUS CONFERENCE

Defendant Kevin Brame, through counsel, moves the Court for a brief status conference. In support of this motion defendant would show:

1.      Defense counsel and AUSA Boucek met last week on some matters related to defendant Kevin Brame's case. Counsel discussed the January 2014 trial date and other issues in this case, and would like to jointly discuss these matters, that pertain only to defendant Kevin Brame, with the Court.

2.      Defense counsel and the government's lawyer are available on Friday December 20 and Monday December 23. Counsel are available to appear in Court or to participate by telephone conference. The conference should not exceed 15 minutes.

3.      Defendant will appear through his counsel and waives his personal appearance.

WHEREFORE, PREMISES CONSIDERED, defendant moves the Court for an order setting a status conference on December 20 or December 23, 2013.