**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-00249-1** |
| | ) | **JUDGE SHARP** |
| | ) | |
| **KEVIN DEWITT BRAME, JR.,** | ) | |

## O R D E R

Pending before the Court is a Joint Motion to Set Status Conference (Docket No. 152).

The motion is GRANTED and a status conference is hereby scheduled for Wednesday,

May 14, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE