T U V@ J Þ Á Õ Ü Œ Þ V Ò Ö L Á Ù œ ě •
Ô [ } ⁀ ¦ ⁀ } & ⁀ Á ⁀ o Á [ ¦ Á / @ ¦ • å æ ê Ê
T æ ⁀ & @ ⁀ h F Ã G ∈ F Î Ã æ ⁀ F ∈ H ∈ Á æ ⁀ Ě Ă

*Kevin H. Sharp*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | NO. 3:11-cr-00249-1 |
| v. ) | |
| ) | CHIEF JUDGE SHARP |
| **KEVIN DEWITT BRAME, JR** ) | |

## JOINT MOTION TO SET STATUS CONFERENCE

Defendant, Kevin Dewitt Brame, Jr, and Joseph Montminy, Assistant United States Attorney, jointly move this Court for an order setting a status conference in this matter, convenient to the Court's calendar. In support defendant would show that Mr. Brame is currently housed at FMC Devens in Ayer, Massachusetts. A status conference is necessary to discuss the status of the case and the transportation of the defendant back to the Middle District. This matter should not require more than thirty (30) minutes.

RESPECTFULLY SUBMITTED,

s/ Stephanie H. Gore
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

**Terry & Gore**
1200 16th Avenue, South
Nashville, TN  37212
(615) 321-2750 office
(615) 250-4915 fax